UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ORACLE OIL, LLC | CIVIL ACTION |
| versus | NO. |
| WISE WELL INTERVENTION SERVICES, INC., LIBERTY MUTUAL INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, AND MARKEL INSURANCE COMPANY | JUDGE |
| | MAGISTRATE |

**NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF SAID COURT:

NOW INTO COURT, through undersigned counsel, comes Defendant Lexington Insurance Company ("Lexington" or "Defendant"), and removes the above-entitled action, now pending in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, showing as follows:

1.

Defendant hereby removes this civil action from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. §1441(a).

2.

Plaintiff Oracle Oil ("Oracle") filed a Petition for Damages in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, on October 29, 2009. A copy of the Petition and all filings in the state court are attached, *in globo*, as Exhibit "A." Exhibit "A" includes true and

correct copies of all process, pleadings, and orders found as of this filing in the 19th Judicial District Court record, as required by 28 U.S.C. §1446(a).

3.

Pertinent information regarding the parties in this case, their counsel, and the State Court are as follows:

    a.    Plaintiff is represented by:

> Brett P. Furr
> Taylor, Porter, Brooks & Phillips
> 451 Florida Street, Suite 800
> Baton Rouge, Louisiana 70801
> Telephone: (225) 387-3221
> Facsimile: (225) 346-8049

    b.    Defendant Lexington Insurance Company is represented by:

> Edwin G. Preis, Jr.
> Joseph E. Lee III, Esq.
> John C. Getty, Esq.
> Preis & Roy, APLC
> Pan American Life Center
> 601 Poydras St., Suite 1700
> New Orleans, Louisiana 70130
> Telephone: (504) 581-6062
> Facsimile: (504) 522-9129

    c.    Defendant Liberty Mutual Insurance Company is represented by:

> J. Daniel Rayburn, Esq.
> Daigle Rayburn LLC
> 303 W. Vermilion, Suite 210
> Lafayette, Louisiana 70502
> Telephone: (337) 234-7000
> Facsimile: (337) 237-0344

Case 3:10-cv-00388-JJB-DLD   Document 1   06/07/10   Page 2 of 6

d.  Defendant Markel Insurance Company is represented by:

>   Mark R. Pharr, III, Esq.
>   Galloway, Johnson, Tompkins, Burr & Smith
>   4021 Ambassador Caffery Parkway, Suite 175
>   Lafayette, Louisiana 70503
>   Telephone:   (337) 735-1760
>   Facsimile:   (337) 993-0933

e.  The case is being removed from the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana:

>   19th Judicial District Court
>   Governmental Building
>   222 St. Louis Street
>   Baton Rouge, Louisiana 70802
>   Section 26 – The Honorable Kay Bates, Presiding

4.

Defendants Liberty Mutual Insurance Company, Markel Insurance Company, and Lexington Insurance Company were sued on April 30, 2010 and served with process on May 7, 2010. This notice of removal has been filed within thirty (30) days after receipt of the suit by these Defendants, through service or otherwise, of a copy of a pleading, motion, order or other paper from which it may first be ascertained that the cause is one which is or has become removable, as allowed by 28 U.S.C. §1446(b). Defendants expressly reserve any and all defenses they may have, now or in the future, as to the lack or insufficiency of service, process, venue, or jurisdiction, and waive none of the aforesaid defenses by filing this Notice of Removal. The original named Defendant, Wise Well Intervention Services, Inc., was served on or about November 5, 2009, but thereafter declared bankruptcy and all claims against that Defendant remain stayed except to the extent Oracle Oil, LLC has been allowed to proceed to the extent of available insurance coverage.

5.

Plaintiff is a Louisiana domiciliary. Defendant Lexington is a foreign insurer domiciled outside Louisiana and having its principal place of business outside Louisiana. Defendant Libery Mutual Insurance Company is a foreign insurer domiciled outside Louisiana and having its principal place of business outside Louisiana. Defendant Markel Insurance Company is a foreign insurer domiciled outside Louisiana and having its principal place of business outside Louisiana. Defendant Wise Well Intervention Services, Inc. is a Texas domiciliary with its principal place of business in Texas.

6.

Removal is proper under 28 U.S.C. §1441(a). This suit involves a controversy over which the United States District Court has original jurisdiction (based upon diversity of citizenship) pursuant to 28 U.S.C.A. §1332(a).

7.

There is complete diversity of citizenship, as Plaintiff is a Louisiana domiciliary and all four Defendants are foreign entities with their principal places of business outside Louisiana.

8.

On information and belief, the amount in controversy exceeds the federal jurisdictional requirement of $75,000.00. Though Plaintiff's Petition makes no allegation as to the value of the claims asserted therein, Plaintiff has, by its First Supplemental and Amending Petition, added three layers of insurance coverage, each believed to have 7-figure limits. Moreover, the Petition for Damages and First Supplemental and Amending Petition state alleged claims, all of which are denied, for downhole damage to an oil and/or gas well. Accordingly, on information and belief, the

Case 3:10-cv-00388-JJB-DLD   Document 1   06/07/10   Page 4 of 6

foregoing claims satisfy the amount-in-controversy requirement.

9.

All Defendants in this suit consent to and join in its removal to federal court.

10.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal, that to the best of his knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

WHEREFORE, Defendants hereby remove this action to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

PREIS & ROY
(A Professional Law Corporation)

By: _____
EDWIN G. PREIS, JR. T.A. (10703)
JOSEPH E. LEE III (26968)
JOHN C. GETTY (32283)
Pan American Life Center
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone:  504-581-6062
Facsimile:  504-522-9129

ATTORNEYS FOR DEFENDANT LEXINGTON INSURANCE COMPANY

Page -5-

Case 3:10-cv-00388-JJB-DLD   Document 1   06/07/10   Page 5 of 6

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on the following counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( ) | ECF Filing | ( ✓ ) | E-Mail |

Brett P. Furr
Taylor, Porter, Brooks & Phillips
451 Florida Street, Suite 800
Baton Rouge, Louisiana 70801
Counsel for Plaintiff Oracle Oil, LLC

Mark R. Pharr, III, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
4021 Ambassador Caffery Parkway, Suite 175
Lafayette, Louisiana 70503
Counsel for Defendant Markel Insurance Company

J. Daniel Rayburn, Esq.
Daigle Rayburn LLC
303 W. Vermilion, Suite 210
Lafayette, Louisiana 70502
Counsel for Defendant Liberty Mutual Insurance Company

New Orleans, Louisiana this 7th day of June, 2010.

_____
Joseph E. Lee III

1596166

Page -6-

Case 3:10-cv-00388-JJB-DLD   Document 1   06/07/10   Page 6 of 6