UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ORACLE OIL, LLC

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY, ET AL

CIVIL ACTION

NO. 10-388-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 22, 2010 (doc. no. 17) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand and request for costs, expenses, and fees (doc. no. 5) is GRANTED IN PART AND DENIED IN PART as follows:

Plaintiff's motion to remand is GRANTED and this matter is REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana; and

Plaintiff's request for costs, expenses, and fees is DENIED.

Baton Rouge, Louisiana, this 12th day of January, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE