UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ORACLE OIL, LLC

VERSUS

LIBERTY MUTUAL INSURANCE
COMPANY, ET AL

CIVIL ACTION

NO. 10-388-JJB-DLD

# ORDER

For the written reasons assigned and filed herein:

IT IS ORDERED that this matter be and it is hereby REMANDED to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 12th day of January, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

certified copy to 19th JDC